**Attachment to Civil Cover Sheet**
(Attorney Names, Addresses, and Phone Numbers)

I.(c)

Counsel for Plaintiffs:

MAUREEN RIORDAN
TIMOTHY F. MELLETT
DAVID D. VANDENBERG
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20002
Telephone: (202) 514-3847
Fax: (202) 307-3961
Email: David.Vandenberg@usdoj.gov