# Exhibit B

Case 6:25-cv-01666-MTK     Document 12-2     Filed 09/26/25     Page 1 of 6

**ABHA KHANNA**
WA Bar No. 42612
**WALKER McKUSICK**
WA Bar No. 63205
Elias Law Group
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
akhanna@elias.law
wmckusick@elias.law

**CHRISTOPHER D. DODGE**
D.C. Bar. No. 90011587
**BRANDEN LEWISTON**
D.C. Bar No. 252550
Elias Law Group
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
cdodge@elias.law
blewiston@elias.law

**HARRY WILSON**, OSB No. 077214
harrywilson@markowitzherbold.com
**DALLAS DELUCA**, OSB No. 072992
dallasdeluca@markowitzherbold.com
Markowitz Herbold PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: 503-295-3085

*Attorneys for Proposed Intervenors Our Oregon, Daniel DiIulio, Stephen Gomez, Emma Craddock*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>THE STATE OF OREGON; and TOBIAS READ, in his official capacity as the Oregon Secretary of State,<br><br>                Defendants. | Case No. 6:25-CV-01666-MTK<br><br>DECLARATION OF MICHELE RUFFIN |

**DECLARATION OF MICHELE RUFFIN**

I, Michele Ruffin, declare as follows:

    1.    I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

    2.    I am the Executive Director of Our Oregon, a nonprofit social welfare organization.

1

I have held this post since 2023.

3. Our Oregon fights for economic and social fairness for all Oregonians. We work with and represent a coalition of progressive organizations that advocate on a range of issues, including labor and worker rights, education issues, environmental issues, LGBTQ+, and civil rights.

4. As part of that mission, Our Oregon promotes and facilitates access to the franchise statewide. For example, we expend significant resources to publish voter guides that help people understand the logistics and issues involved in voting. These include details about when ballots must be submitted by mail, as well as issue summaries on state ballot initiatives. We have previously contributed significant resources and efforts towards enacting voter-friendly laws in Oregon, including the state's post-election day ballot receipt deadline, which ensures that any ballot deposited in the mail by election day will be counted. Our Oregon also engages in extensive grassroots field work, including door knocking, tabling, and text messaging campaigns. This work is critical to our mission.

5. These efforts not only inform voters—by preparing them to cast their ballots, we emphasize the importance of exercising that fundamental right. Our Oregon's programs encourage more Oregonians to vote.

6. While we strive to turn out all Oregonians in every corner of the state, our work frequently focuses on turning out marginalized communities and low propensity voters. These communities and voters are often the people most directly impacted and benefited by the policies we advocate for, including worker protections and civil rights. Accordingly, it is critical to our mission as an organization that we activate these groups of voters and turn them out to vote.

7. I understand that the Department of Justice has recently sued Oregon and our

Secretary of State in order to obtain complete, unredacted voter registration history of all voters in the state, including their driver's license numbers, partial social security numbers, and dates of birth. If the Department of Justice is successful in obtaining this information, I am concerned it will harm Our Oregon's civic engagement and voter turnout work.

8. For one, I worry that the threat of disclosure will deter qualified voters in marginalized communities from registering to vote in Oregon and engaging in the political process more broadly. For example, our work on labor issues often involves advocating for agricultural workers here in Oregon, a voting block disproportionately comprised of naturalized citizens, first generation immigrants, and people whose families include immigrants. This community is deeply concerned about the federal government's recent hostile actions towards immigrants and immigrant communities. Qualified citizens in these communities may be hesitant to register to vote and to engage with the political process if they fear that their protected personal information will be handed over directly to the federal government. These individuals may be concerned about scrutiny or retaliation not only towards themselves but also family and community members who are not citizens. The federal government's demand for Oregon's complete voter registration list may sow distrust of voting in these communities, frustrating a key part of Our Oregon's coalition and work engaging voters on labor issues.

9. Naturalized citizens key to Our Oregon's voter turnout work may feel targeted by this administration's effort to obtain their personal data. If the Department of Justice gets its way they could feel discouraged from exercising that right for fear that they will be targeted and wrongfully accused. That harms both the impacted voters and Our Oregon, which relies on turning out these voters to achieve our mission.

10. The prospect that the Department of Justice may obtain this highly sensitive

information threatens more than just marginalized communities in Oregon—all Oregon voters are at risk. Through my work at Our Oregon, I am aware that Oregon law provides strong protection for sensitive information contained in voter registration records. In Our Oregon's past work, the organization has observed that Oregon's protections for voter information are important to successfully promoting and encouraging voter registration.

11. Our Oregon is acutely aware as an organization about the need to respect the privacy of voter's individual information. Our organization regularly purchases Oregon's publicly available voter file, which contains limited information about registered voters in Oregon. We use this information to communicate with voters across the state. Under Oregon law, this publicly available data does not include social security numbers, driver's license numbers, dates of birth, or other sensitive information. Even though this data is significantly more limited in scope, we treat it carefully. Our Oregon honors our state laws restricting access to the voter file. The Department of Justice is trying to circumvent these commonsense protections for reasons it has not made clear.

12. The actions that the Department of Justice has taken to compel the production of sensitive personal information on Oregon voters do not give me confidence that the Department will respect federal or state privacy laws or be a reliable custodian of the personal information of the communities Our Oregon works with across the state. As a result, I am extremely concerned about the improper disclosure of the personal information of community members that Our Oregon works with and seeks to enfranchise.

13. The threat that voters' personal information may be provided to the federal government will frustrate the work of Our Oregon. A major goal of our civic engagement work is to encourage all Oregonians to be informed and to exercise their rights as American citizens by

participating in the electoral process. That work could become significantly more difficult if community members believe they could be punished, scrutinized, or investigated simply for registering to vote.

14. If community members are discouraged from registering to vote, Our Oregon may have to reallocate resources that it currently uses to engage in civic education and prepare our voter guide towards encouraging people to register to vote in the first place.

15. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/26/2025

*Michele Ruffin*
Michele Ruffin