# Exhibit C

**HARRY WILSON**, OSB No. 077214
harrywilson@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: 503-295-3085

**ABHA KHANNA**
WA Bar No. 42612
**WALKER McKUSICK**
WA Bar No. 63205
ELIAS LAW GROUP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
akhanna@elias.law
wmckusick@elias.law

**CHRISTOPHER D. DODGE**
D.C Bar. No. 90011587
**BRANDEN LEWISTON**
D.C. Bar No. 252550
ELIAS LAW GROUP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
cdodge@elias.law
blewiston@elias.law

*Attorneys for Proposed Intervenors*
*Our Oregon, Daniel DiIulio, Stephen Gomez,*
*Emma Craddock*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF OREGON; and<br>TOBIAS READ, in his official capacity as the<br>Oregon Secretary of State,<br><br>        Defendants. | Case No. 6:25-CV-01666-MTK<br><br>DECLARATION OF DANIEL DIIULIO |

1

**DECLARATION OF DANIEL DIIULIO**

I, Daniel DiIulio, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a registered voter in Jackson County, Oregon. My family and I moved to Ashland in 2023 and have made the area our long-term home. I have lived here, have been registered to vote here, and have voted in all elections here since moving to Oregon.

3. Since moving to Oregon, I have become civically engaged in my local area, particularly through environmental and conservation work. Specifically, I am a dues-paying member of the Siskiyou Mountain Club, The Klamath-Siskiyou Wildlands Center, and the Rogue Valley Mountain Bike Association. I also volunteer with these organizations and, in 2025, have volunteered many hours performing trail maintenance and repair work with the Siskiyou Mountain Club.

4. I understand that the Department of Justice's recent lawsuit against Secretary Read and the State of Oregon seeks the complete, unredacted voter registration history of all voters in the state, including their driver's license numbers, partial social security numbers, and dates of birth, even though such information is typically protected under Oregon's privacy laws. It is my strong view that privacy laws like Oregon's are vital to maintain a healthy democracy and strong civic engagement. For voters to confidently participate in the electoral process, they must rest assured that personal identifying information they give to election officials to register to vote will not be used for unauthorized purposes.

5. The Justice Department's demands in this lawsuit give me great concern about the privacy of my own personal data and that of my fellow voters in Oregon. I appreciate Oregon's strict laws protecting the privacy of voters and do not feel comfortable knowing that the federal

government may have access to my data, particularly given public reporting that federal agencies like DOGE have failed to properly secure the sensitive data of millions of Americans. Granting the federal government access to this sensitive data makes me feel less comfortable exercising my right to vote and undermines the privacy rights of Oregonians.

6. My concerns about data privacy are rooted in my personal experience as both a voter and my past service in the United States Coast Goard. I served in the Coast Guard from May 2004 through June 2016, separating with the rank of Lieutenant.

7. During my tenure in the Coast Guard, I trained at the Maritime Law Enforcement Academy in Charleston, South Carolina and spent five years in a law enforcement role. From May 2004 until August 2006, I provided coastal protection and defended the United States border. In this role, I worked on numerous criminal investigations. My training and work in law enforcement gave me an appreciation for the pervasive access that the federal government has to personal data and information, how readily it can share and utilize that information, and the importance of safeguarding that data. Simply put, I know from firsthand experience that once the federal government has collected certain information about you, that information is no longer private, may be misused if the proper protections are not respected.

8. Given my past experiences, I do not have confidence that the Department of Justice will respect federal and state privacy laws if it obtains Oregon's complete state voter registration list, which includes my own data. The safeguards that I am familiar with do not seem to be a priority here. That is particularly so because the Department's efforts seem to be motivated baseless accusations about the accuracy and integrity of Oregon's elections, rather than any legitimate law enforcement or investigative purpose.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/26/2025

_____
Daniel DiIulio