# Exhibit D

**HARRY WILSON**, OSB No. 077214
harrywilson@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: 503-295-3085

**ABHA KHANNA**
WA Bar No. 42612
**WALKER McKUSICK**
WA Bar No. 63205
ELIAS LAW GROUP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
akhanna@elias.law
wmckusick@elias.law

**CHRISTOPHER D. DODGE**
D.C Bar. No. 90011587
**BRANDEN LEWISTON**
D.C. Bar No. 252550
ELIAS LAW GROUP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
cdodge@elias.law
blewiston@elias.law

*Attorneys for Proposed Intervenors*
*Our Oregon, Daniel DiIulio, Stephen Gomez,*
*Emma Craddock*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 6:25-CV-01666-MTK |
| v. | DECLARATION OF STEPHEN GOMEZ |
| THE STATE OF OREGON; and TOBIAS READ, in his official capacity as the Oregon Secretary of State, | |
| Defendants. | |

1

## **DECLARATION OF STEPHEN GOMEZ**

I, Stephen Gomez, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a registered voter in Multnomah County, Oregon. I have been registered to vote in Oregon since 1985.

3. I care deeply about Oregon, the people who live here, and the laws and government policies that impact our lives. I spent most of my professional career working at Nike, eventually becoming the Vice President of Nike's Global Apparel business. After retiring from Nike, I have dedicated most of my time to civic service and non-profit work in Portland. For the last 25 years, I have been deeply engaged as a board director at numerous non-profit organizations working with at-risk youth, homeless populations, equitable transportation access, and voter education and organizing.

4. One program at Portland for All that I am personally involved in is our work promoting civic engagement in Portland, particularly among groups of voters that are traditionally marginalized. This work includes educating voters about key issues in Portland and also helping voters access the polls through get-out-the-vote efforts. This work includes canvassing, door knocking, phone banking, and helping to drive people to the polls. I help with this work because I believe it is important to give every member of our community a voice, as well as belief that their voice can be heard.

5. I understand that the Department of Justice has recently sued Oregon and our Secretary of State in order to obtain complete, unredacted voter registration history of all voters in the state, including their driver's license numbers, partial social security numbers, and dates of birth. So far as I can tell, the Department of Justice is seeking this information largely to promote

falsehoods about the security and integrity of Oregon's elections, rather than for any legitimate purpose. Moreover, the Department's efforts seek to override Oregon's laws that protect this information.

6. If the Department of Justice is successful in obtaining this information, it will harm me personally as an Oregon voter who does not wish for his information to be disclosed to the federal government, particularly since Oregon law is supposed to protect this data. Oregon law's commitment to the security and privacy of this information gives me confidence as a voter that my personal information is secure. This has become increasingly important to me both as a voter and a political activist in the current national climate, where people in and aligned with the federal government have increasingly called for and even moved to punish groups and individuals they see as political enemies.

7. Moreover, the Justice Department's efforts undercut the sort of work I do with Portland for All, which requires marginalized members of the Portland community to have faith that the electoral system values their participation. The federal government's top-down assault on Oregon's electoral system will undermine the faith members of the Portland community have in our electoral system. Many of them, particularly naturalized citizens and recently incarcerated individuals, will simply opt out of the electoral system altogether for fear that participation could expose them to federal scrutiny, investigation, or retaliation.

8. In my experience, Oregon's strong protections for voter information are also critical to being able to successfully promote and encourage voter registration, particularly among those who are sensitive to disclosure of their personal information. Oregon's privacy laws are vital for a healthy democracy. For voters to confidently participate in the electoral process, they must rest assured that personal identifying information they give to election officials to register to vote will

not be used for unauthorized purposes. I am therefore deeply concerned that the threat of disclosure will deter qualified citizens in Oregon from registering to vote and, ultimately, accessing the polls to exercise their right to vote.

9. Finally, I have grave doubts that the Justice Department will adhere to proper privacy safeguards and laws if it secures Oregon's voter registration list. I have been deeply concerned by public reporting noting that DOGE compromised the privacy of Social Security numbers for millions of Americans. Similarly, I have been concerned by other reports of federal agencies improperly sharing information with immigration officials, including at ICE.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/26/2025

*Stephen Gomez*
Stephen Gomez