# Exhibit E

**HARRY WILSON**, OSB No. 077214
harrywilson@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: 503-295-3085

**ABHA KHANNA**
WA Bar No. 42612
**WALKER McKUSICK**
WA Bar No. 63205
ELIAS LAW GROUP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
akhanna@elias.law
wmckusick@elias.law

**CHRISTOPHER D. DODGE**
D.C Bar. No. 90011587
**BRANDEN LEWISTON**
D.C. Bar No. 252550
ELIAS LAW GROUP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
cdodge@elias.law
blewiston@elias.law

*Attorneys for Proposed Intervenors*
*Our Oregon, Daniel DiIulio, Stephen Gomez,*
*Emma Craddock*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 6:25-CV-01666-MTK |
| v. | DECLARATION OF EMMA CRADDOCK |
| THE STATE OF OREGON; and TOBIAS READ, in his official capacity as the Oregon Secretary of State, | |
| Defendants. | |

1

## DECLARATION OF EMMA CRADDOCK

I, Emma Craddock, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a registered voter in Multnomah County, Oregon. I am a lifelong Oregon resident and registered to vote once I turned 18 years old.

3. I am an engaged citizen and politically active in my community. I have spoken out in the past about issues of public concern, including through lawful protest and communicating directly with elected officials at all levels of government. I engaged in these activities because I care deeply about, among other issues, individual privacy and any form of government abuse.

4. I understand that the Department of Justice has recently sued Oregon and our Secretary of State in order to obtain complete, unredacted voter registration history of all voters in the state, including their driver's license numbers, partial social security numbers, and dates of birth. Their effort appears to be less about any legitimate concern with Oregon's electoral system, and more about punishing Oregon and its voters for demanding that their privacy rights under Oregon law be respected. This makes me concerned that the federal government will not respect the rights of Oregon voters, particularly ones who vocally oppose the current administration like me.

5. If the Department of Justice is successful in obtaining this information, it will harm me personally as an Oregon voter who does not wish for her information to be disclosed to the federal government, particularly since Oregon law is supposed to protect this data. Oregon law's commitment to the security and privacy of this information gives me confidence that my personal information is secure. This has become increasingly important to me both as a voter and a political activist in the current national climate, where people in and aligned with the federal government

have increasingly called for and even moved to punish groups and individuals they see as political enemies.

6. I have been particularly disturbed by news reports that, under this administration, immigration and customs officials have been searching for the phones and belongings of American citizens when they return from traveling abroad, based on their political beliefs and activities. I frequently travel abroad and plan to do so in the future but am now concerned that my political advocacy will make me a target for retribution when I re-enter the country. The fact that the government will be able to collect more information on me through my voter registration—information that is supposed to be private under Oregon law—is deeply upsetting to me.

7. I do not have confidence that the Justice Department will adhere to proper privacy safeguards and laws if it secures Oregon's voter registration list, particularly given the reports about how certain Americans returning from abroad have been treated based on their political activities and views. It seems clear to me that the federal government is using the information at its disposal to retaliate against people who disagree with the current presidential administration. I worry that my private information will be left to the whims of the federal government.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/26/2025

*emma craddock*
Emma Craddock

3