**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division
**MICHAEL E. GATES**
Deputy Assistant Attorney General
Civil Rights Division
CA Bar No. 258446
**MAUREEN S. RIORDAN**
NY Bar No. 205880
**TIMOTHY F. MELLETT**
DC Bar No. 430968
**HARIN C. SONG**
**ROSHNI SHIKARI**
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Voting Section
150 M Street, NE
Washington, D.C. 20002
Michael.Gates2@usdoj.gov
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC; CONSTITUTION PARTY OF OREGON; SUNI DANFORTH; AND HANNAH SHIPMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF OREGON; and TOBIAS READ, in his official capacity as the Oregon Secretary of State,<br><br>Defendants. | Civil Case No. 6:24-cv-01783-MC<br><br>NOTICE OF DIRECTLY RELATED CASE |

## NOTICE OF DIRECTLY RELATED CASE

The United State of America notices the Court that the matter of *Judicial Watch, Inc. v. Griffin-Valade*, 6:24-cv-01783-MC, is a related case to the cause *United States v. Oregon*, 6:25-cv-01666-MTK, filed on September 22, 2025. The United States filed a statement of interest in the earlier matter. Both plaintiffs assert claims under the National Voter Registration Act ("NVRA"), and the defendants in both matters are the same. Further, the U.S. Department of Justice, Civil Rights Division, Voting Section, has unique expertise in matters concerning the NVRA. Assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions. *Pearson v. Daily Harvest, Inc.*, 787 F.3d 1237, 1239 (9th Cir. 2015).

One of the key issues in both cases regards Oregon's refusal to provide its voter-registration list that the State is required to maintain under Section 8(i) of the NVRA. *See* 52 U.S.C. § 20507(i)(1). Each state is required to maintain for at least two years and make available for public inspection all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters. *See id*. Oregon's refusal to comply with the disclosure requirement of the NVRA is a central issue in both matters.

The United States respectfully asks both causes be assigned to a single judge.

Dated:  September 29, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*David D. Vandenberg*
MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division

MAUREEN S. RIORDAN
TIMOTHY F. MELLETT
DAVID D. VANDENBERG
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Voting Section
150 M Street, NE, 4CON
Washington, DC 20002
Michael.Gates2@usdoj.gov
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ David D. Vandenberg*
David D. Vandenberg