**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division
**MICHAEL E. GATES**
Deputy Assistant Attorney General
CA Bar No. 258446
**MAUREEN S. RIORDAN**
Acting Chief, Voting Section
NY Bar No. 205880
**TIMOTHY F. MELLETT**
DC Bar No. 430968
**DAVID D. VANDENBERG**
TX Bar No. 24107948
Trial Attorneys, Voting Section
950 Pennsylvania Avenue 4CON
Washington, DC 20530
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 6:25-cv-01666-MTK |
| Plaintiff, | MOTION FOR STAY |
| v. | |
| STATE OF OREGON; and TOBIAS READ, in his official capacity as the Secretary of State for the State of Oregon, | |
| Defendants. | |

### UNOPPOSED MOTION FOR A STAY OF *UNITED STATES v. OREGON* IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America, hereby, moves for a stay of *United States v. Oregon,* 6:25-cv-01666-MTK, in the above-captioned case. Attorney for the United States, David D. Vandenberg, certifies that he contacted defense counsel, who are unopposed to this motion.

1.      At the end of the day, on September 30, 2025, appropriations to the Department of Justice lapsed. Department does not know when funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice, therefore, requests a stay of *United States v. Oregon*, until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations (i.e., each deadline would be extended by the total number of days of the lapse in appropriations).

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States, hereby, moves for a stay of *United States v. Oregon,* 6:25-cv-01666-MTK, until Department of Justice attorneys are permitted to resume their usual civil-litigation functions.

Dated: October 1, 2025                                                              Respectfully submitted,

                                                                                   HARMEET K. DHILLON
                                                                                   Assistant Attorney General
                                                                                   Civil Rights Division

                                                                                   *David D. Vandenberg*
                                                                                  MICHAEL E. GATES
                                                                                  Deputy Assistant Attorney General

>MAUREEN S. RIORDAN
>TIMOTHY F. MELLETT
>DAVID D. VANDENBERG
>Trial Attorneys
>U.S. Department of Justice
>Civil Rights Division
>Voting Section
>150 M Street, NE 4 CON
>Washington, D.C. 0002
>Michael.Gates2@usdoj.gov
>Maureen.Riordan2@usdoj.gov
>Timothy.F.Mellett@usdoj.gov
>David.Vandenberg@usdoj.gov
>Tel. (202) 307-2767
>*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

>*/s/ David D. Vandenberg*
>David D. Vandenberg