**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division
**MICHAEL E. GATES**
Deputy Assistant Attorney General
CA Bar No. 258446
**MAUREEN S. RIORDAN**
Acting Chief, Voting Section
NY Bar No. 205880
**TIMOTHY F. MELLETT**
DC Bar No. 430968
**DAVID D. VANDENBERG**
TX Bar No. 24107948
Trial Attorneys, Voting Section
950 Pennsylvania Avenue 4CON
Washington, DC 20530
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 6:25-cv-01666-MTK |
| Plaintiff, | SECOND MOTION FOR STAY |
| v. | |
| STATE OF OREGON; and TOBIAS READ, in his official capacity as the Secretary of State for the State of Oregon, | |
| Defendants. | |

### PLAINTIFF'S UNOPPOSED MOTION FOR FURTHER STAY OF *UNITED STATES v. OREGON* IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America, hereby, moves for a further stay of *United States v. Oregon,* 6:25-cv-01666-MTK, in the above-captioned case. Attorney for the United States, David D. Vandenberg, certifies that he contacted defense counsel, who do not oppose this motion.

1.  At the end of the day, on September 30, 2025, appropriations to the Department of Justice lapsed. Upon unopposed motion of Plaintiff, this Court granted a stay until November 3, 2025, and ordered the parties to submit joint, proposed case-management deadlines by November 6, 2025. As of October 24, 2025, Department still does not know when funding will be restored by Congress and the current lapse in appropriations may become the longest on record.

2.  Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.  Undersigned counsel for the Department of Justice, therefore, requests a further stay of *United States v. Oregon*, until Congress has restored appropriations to the Department.

4.  If this motion for further stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations (i.e., each deadline would be extended by the total number of days of the lapse in appropriations).

5.  Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States, hereby, moves for a further stay of *United States v. Oregon,* 6:25-cv-01666-MTK, until Department of Justice attorneys are permitted to resume their usual civil-litigation duties.

Dated:  October 24, 2025                              Respectfully submitted,

                                      HARMEET K. DHILLON
                                      Assistant Attorney General
                                      Civil Rights Division

                                      *David D. Vandenberg*
                                      MICHAEL E. GATES
                                      Deputy Assistant Attorney General

                                      MAUREEN S. RIORDAN
                                      TIMOTHY F. MELLETT
                                      DAVID D. VANDENBERG
                                      Trial Attorneys
                                      U.S. Department of Justice
                                      Civil Rights Division
                                      Voting Section
                                      150 M Street, NE 4 CON
                                      Washington, D.C.  0002
                                      Michael.Gates2@usdoj.gov
                                      Maureen.Riordan2@usdoj.gov
                                      Timothy.F.Mellett@usdoj.gov
                                      David.Vandenberg@usdoj.gov
                                      Tel. (202) 307-2767
                                      *Attorneys for the United States*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                      */s/ David D. Vandenberg*
                                      David D. Vandenberg