DAN RAYFIELD
Attorney General
THOMAS H. CASTELLI  #226448
Senior Assistant Attorney General
KATE E. MORROW #215611
Assistant Attorney General
Trial Attorneys
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  thomas.castelli@doj.oregon.gov
        kate.e.morrow@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF OREGON; and TOBIAS READ, in his official capacity as the Oregon Secretary of State,<br><br>　　　　Defendants. | Case No.  6:25-cv-01666-MTK<br><br>DECLARATION OF THOMAS H. CASTELLI IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS |

Thomas H. Castelli declares as follows:

　　1.　　I am a Senior Assistant Attorney General with the Oregon Department of Justice.

I submit this declaration in support of the State Defendants' Motion to Dismiss.

　　2.　　Attached as Exhibit 1 is a true and correct copy of the July 16, 2025 letter sent by

the United States Department of Justice to the Oregon Secretary of State.

Page 1 -　DECLARATION OF THOMAS H. CASTELLI IN SUPPORT OF STATE
　　　　　DEFENDANTS' MOTION TO DISMISS
　　　　　　TC3/nk1/UDDOJ 1666 PLD Dec of Tom Castelli ISO MTD

3. Attached as Exhibit 1 is a true and correct copy of the August 14, 2025 letter sent by the United States Department of Justice to the Oregon Secretary of State.

4. Attached as Exhibit 3 is a true and correct copy of the August 21, 2025 letter sent by the Oregon Secretary of State responding to the United States Department of Justice.

5. Attached hereto as Exhibit 4 is a true and correct copy of President Dwight D. Eisenhower's "Statement by the President Upon Signing the Civil Rights Act of 1960" obtained online through the American Presidency Project, https://www.presidency.ucsb.edu/node/234270 (visited November 11, 2025).

6. Attached hereto as Exhibit 5 is a true and correct copy of Report No. 1205 on H.R. 8601 (Civil Rights Act of 1960) from the U.S. Senate (86th Congress), Judiciary Committee, dated March 29, 1960.

7. Attached hereto as Exhibit 6 is a true and correct copy of Report No. 956 on H.R. 8601 (Civil Rights Act of 1960) from the U.S. House of Representatives (86th Congress), Judiciary Committee, dated August 20, 1959.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Message to Congress from the President of the United States Transmitting Recommendations Pertaining to Civil Rights dated February 5, 1959.

9. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt (pp. 3682–3692) of the Congressional Record from February 27, 1960 in the U.S. Senate.

10. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt (pp. 5191–5194, 5208–5209) of the Congressional Record from March 10, 1960 in the U.S. House of Representatives.

Page 2 -    DECLARATION OF THOMAS H. CASTELLI IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS
TC3/nk1/UDDOJ 1666 PLD Dec of Tom Castelli ISO MTD

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

11. Attached hereto as Exhibit 10 is a true and correct copy of the Civil Rights Act of 1957, Public Law No. 85-315 (Sept. 9, 1957).

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on November 17, 2025.

                                        *s/ Thomas H. Castelli*
                                        THOMAS H. CASTELLI
                                        Senior Assistant Attorney General

Page 3 -   DECLARATION OF THOMAS H. CASTELLI IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS
TC3/nk1/UDDOJ 1666 PLD Dec of Tom Castelli ISO MTD

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000