# United States of America v. State of Oregon, et al.
## USDC NO: 6:25-cv-01666-MTK
### State Defendants Motion to Dismiss
### Exhibit 1



**U.S. Department of Justice**

Civil Rights Division

---

*Voting Section*
*950 Pennsylvania Ave, NW – 4CON*
*Washington, DC  20530*

July 16, 2025

<u>Via Mail and Email</u>

The Honorable Tobias Read
Secretary of State
900 Court Street NE, Capitol Room 136
Salem, OR 97301
oregon.sos@sos.oregon.gov

Dear Secretary of State Read:

      We write to you as the chief election official for the State of Oregon to request information regarding the state's procedures for complying with the statewide voter registration list maintenance provisions of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501 *et seq*.

      Please provide a list of the election officials who are responsible for implementing Oregon's general program of voter registration list maintenance from November 2022 through receipt of this letter, including those responsible officials not employed by your office (such as local election officials) who are also involved in that effort. Please also provide a description of the steps that you have taken, and when those steps were taken, to ensure that the state's list maintenance program has been properly carried out in full compliance with the NVRA. Please include both the actions taken by Oregon officials as well as county officials.

      The NVRA requires each state and the District of Columbia to make available for inspection "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1). Section 11 of the NVRA authorizes the Attorney General to bring NVRA enforcement actions. *See* 52 U.S.C. § 20510.

      Pursuant to Section 20507(i) of the NVRA, the Attorney General requests that you produce for inspection the following records:

1. The current electronic copy of Oregon's computerized statewide voter registration list ("statewide voter registration list") as required by Section 303(a) of the Help America Vote Act. Please include all fields contained within the list. Please produce each list in a .xls, .csv, or delimited-text file format.  Please specify what delimiter is used, if applicable, or provide a file layout along with a database user manual, coding list, or other materials that define or explain how a voter record is coded into the statewide voter

registration list and reported in the electronic copy of the statewide voter registration list.

Additionally, please provide the following information in electronic form. The time period for these requests is close of registration for the November 2022 general election through the close of registration for the November 2024 general election, the same time period as the most recent report from the Election Assistance Commission's Election Administration and Voting Survey ("EAVS"). If you are unable to provide the data, please explain why the data is not available.

1. A review of the most recent EAVS report indicates that in response to Question A1b, there are nearly as many registered voters listed as active as the citizen voting age population in Oregon, with a registration rate in 2024 of 95.3 percent of the citizen voting age population. Furthermore, the EAVS report indicates that the ratio of active registered voters to citizen voting age population has been unusually high for several years, with Oregon reporting a registration rate of 93.3 percent of citizen voting age population in 2022 and 93.1 percent in 2020. Please explain Oregon's general program for removing ineligible voters from the official lists of eligible voters.

2. In the EAVS data for Question A10a, Oregon sent 357,959 confirmation notices, and 100% of the "Result of Confirmation Notice" is categorized under "Other." Please explain what "Other" means for the results of the 357,959 confirmation notices that Oregon sent. Please also describe Oregon's process for keeping track of the results of Confirmation Notices.

3. In the EAVS data for Question A12a, Oregon removed 111,621 voters, or 3.6% of registered voters, which is well below the national average of 9.1%. For each category of removal, except for A12e discussed below, please explain what actions Oregon is taking to ensure that ineligible voters are removed from the official lists of eligible voters. Please explain why the number of removals is so low.

4. In the EAVS data for Question A12e, Oregon reported that it removed only 4,417 voters of a total of 3,060,374 registered voters for failure to respond to a sent confirmation notice and not voting in the two most recent federal elections. Oregon, by far, has reported the lowest numbers of removals for this category of all NVRA covered states reporting data. Please explain how Oregon uses the confirmation notice process to remove voters and why the number of removals is so low.

5. In the EAVS data for Question A1c, total inactive voters, Oregon did not report any number for any county. Please explain if Oregon has any processes for determining if a voter should be listed as inactive and explain how voters are tracked when they fail to respond to a confirmation notice.

6. In the EAVS data for Question A3d, Oregon reported 1,585 total duplicate registrations. In the EAVS data for Question A12h, the number of voters removed for the reason of a duplicate voter registration record, Oregon reported "Does not apply" for all counties. In the EAVS data for Question A13a, Oregon reported 1,256 voter records were merged. Please explain what actions Oregon took with respect to the 1,585 duplicate registrations and Oregon's process for removing duplicate registrations and merging records. Please explain

whether Oregon checks the voter rolls for duplicate registrations, and if so, how often that check is performed.

Please provide a description of the steps that Oregon has taken, and when those steps were taken, to identify registered voters who are ineligible to vote as well as the procedures Oregon used to remove those ineligible voters from the registration list. Please identify the number of registered voters identified as ineligible to vote for the time period of the close of registration for the November 2022 general election through present for each of the following reasons:

1. Non-citizen
2. Adjudicated incompetent
3. Felony conviction

For each of those voters identified in categories 1-3 above, provide their registration information on the statewide voter registration list, including their vote history.

Please provide this information within 14 days of the date of this letter. The information and materials may be sent by encrypted email to voting.section@usdoj.gov or via the Department's secure file-sharing system, Justice Enterprise File Sharing (JEFS).

Should further clarification be required, please contact Maureen Riordan at maureen.riordan2@usdoj.gov. We look forward to your assistance in advance.

Sincerely,

Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division


Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division

Cc: Dena Dawson
Elections Director
Public Service Building, Suite 126
255 Capitol St. NE
Salem, OR 97310
elections.sos@sos.oregon.gov

3