AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:25-cv-01666-MTK |
| STATE OF OREGON, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America .

Date: 01/15/2026

/s/ Christopher J. Gardner
*Attorney's signature*

Christopher J. Gardner (VA Bar No. 89191)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, Voting Section 950
Pennsylvania Ave. NW, 4CON 8.923
Washington, DC 20530
*Address*

Christopher.Gardner@usdoj.gov
*E-mail address*

(202) 812-2631
*Telephone number*

(202) 307-3961
*FAX number*