**HARRY WILSON**, OSB No. 077214
harrywilson@markowitzherbold.com
**DALLAS DELUCA**, OSB No. 072992
dallasdeluca@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: 503-295-3085

**CHRISTOPHER D. DODGE**
D.C. Bar. No. 90011587
**BRANDEN LEWISTON**
D.C. Bar No. 252550
ELIAS LAW GROUP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
cdodge@elias.law
blewiston@elias.law

**ABHA KHANNA**
WA Bar No. 42612
**WALKER McKUSICK**
WA Bar No. 63205
ELIAS LAW GROUP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
akhanna@elias.law
wmckusick@elias.law

*Attorneys for Intervenors
Our Oregon, Dan DiIulio, Stephen Gomez,
and Emma Craddock*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THE STATE OF OREGON; and
TOBIAS READ, in his official capacity as the
Oregon Secretary of State,

      Defendants.

Case No. 6:25-CV-01666-MTK

**INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors Our Oregon, Dan DiIulio, Stephen Gomez, and Emma Craddock submit this notice of supplemental authority to inform the Court that another federal court recently granted motions to dismiss DOJ's parallel litigation demanding California's unredacted statewide voter registration list. *See* Order, *United States v. Weber, et al.*, No. 2:25-cv-9149, 2026 WL 118807 (C.D. Cal. Jan. 15, 2026), ECF No. 128, attached as **Exhibit 1**.

Specifically, on January 15, 2026, Judge Carter dismissed DOJ's claims under the National Voter Registration Act ("NVRA"), Help America Vote Act ("HAVA"), and the Civil Rights Act of 1960 ("CRA"). *See id.* at 33. First, the court dismissed the CRA claim because DOJ had an "inadequate" basis for demanding the voter list and because its stated purpose of assessing list maintenance obligations was insufficient under the CRA. *Id.* at 14–16. The court also found DOJ's purported purpose was "contrived." *Id.* at 16–19. Second, the court dismissed the NVRA claim because DOJ sought to "wield it to collect information beyond the scope and purpose of what Congress envisioned." *Id.* at 20. The court found that the NVRA does not require production of California's unredacted statewide voter registration, nor does it preempt the state's voter privacy laws, which closely resemble Oregon's. *See id.* at 22. And third, because HAVA lacks any disclosure provision, the court also dismissed DOJ's HAVA claim. *Id.* at 22–27. Additionally, the court found that DOJ's demand for sensitive voter information "violate[s] federal privacy laws"— namely, the Privacy Act, the E-Government Act, and the Driver's Privacy Protection Act— providing an independent and additional basis to dismiss DOJ's complaint. *Id.* at 27–31.

This decision further supports Intervenors' motion to dismiss the complaint in this action.

January 16, 2026                              Respectfully submitted,

*/s/ Abha Khanna*
**ABHA KHANNA***
WA Bar No. 42612
**WALKER McKUSICK***
WA Bar No. 63205
ELIAS LAW GROUP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
akhanna@elias.law
wmckusick@elias.law


**CHRISTOPHER D. DODGE***
D.C Bar. No. 90011587
**BRANDEN LEWISTON***
D.C. Bar No. 252550
ELIAS LAW GROUP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
cdodge@elias.law
blewiston@elias.law

**HARRY WILSON**, OSB No. 077214
harrywilson@markowitzherbold.com
**DALLAS DELUCA**, OSB No. 072992
dallasdeluca@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: 503-295-3085

*Appearing Pro Hac Vice

*Attorneys for Intervenors
Our Oregon, Daniel DiIulio, Stephen Gomez, and Emma Craddock*