UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF OREGON; and TOBIAS READ, *in his official capacity as the Oregon Secretary of State*,<br><br>　　　　Defendants. | Case No. 6:25-cv-01666-MTK<br><br>**JUDGMENT** |

**KASUBHAI,** United States District Judge:

　　Based on the record, IT IS ORDERED AND ADJUDGED this action is dismissed without leave to amend. Pending motions, if any, are denied as moot.

　　DATED this 5th day of February 2026.

　　　　　　　　　　　　　　　　　　　　s/ Mustafa T. Kasubhai
　　　　　　　　　　　　　　　　　　　　MUSTAFA T. KASUBHAI (he/him)
　　　　　　　　　　　　　　　　　　　　United States District Judge