UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

EUGENE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THE STATE OF OREGON; and
TOBIAS READ, in his official capacity as the
Oregon Secretary of State,

        Defendants.

Civil Case No. 6:25-cv-1666-MTK

## NOTICE OF APPEAL

Plaintiff United States appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Opinion and Order (Doc. 73), granting defendants' and defendant-intervenors' motions to dismiss, and from this Court's Judgment (Doc. 74), entered in this action on February 5, 2026.

Dated: February 25, 2026

        Respectfully submitted,

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

        <u>/s/ Eric Neff</u>
        ERIC V. NEFF
        Acting Chief, Voting Section
        Civil Rights Division
        150 M St. NE 8th floor
        Washington, DC 20002
        Eric.Neff@usdoj.gov
        Tel. (202) 307-2767
        Attorneys for the United States

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 25, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                                             _____
                                                                             Eric V. Neff