IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 6:25-cv-01666-MTK |
| vs. | ) | January 26, 2026 |
| THE STATE OF OREGON; and TOBIAS READ, in his official capacity as the Oregon Secretary of State, | ) | |
| Defendants. | ) | |

TRANSCRIPT OF PROCEEDINGS

(Oral Argument by Videoconference)

BEFORE THE HONORABLE MUSTAFA T. KASUBHAI

UNITED STATES DISTRICT COURT JUDGE

Court Reporter: Ryan White, RMR, CRR
United States District Courthouse
1000 SW 3rd Avenue, Room 301
Portland, Oregon 97204
(503) 326-8184

APPEARANCES

| | |
|---|---|
| For the Plaintiff: | US DEPARTMENT OF JUSTICE<br>By: JAMES T. TUCKER<br>james.t.tucker@usdoj.gov<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>(202) 307-2767 |
| For the Defendant: | OREGON DEPARTMENT OF JUSTICE<br>By: THOMAS H. CASTELLI<br>thomas.castelli@doj.oregon.gov<br>100 SW Market Street<br>Portland, Oregon 97201<br>(971) 673-1880 |
| For the Intervenor Defendant: | MARKOWITZ HERBOLD PC<br>By: HARRY B. WILSON<br>harrywilson@markowitzherbold.com<br>1455 SW Broadway, Suite 1900<br>Portland, Oregon 97201<br>(503) 295-3085<br><br>ELIAS LAW GROUP LLP<br>By: ABHA KHANNA<br>akhanna@elias.law<br>1700 7th Avenue, Suite 2100<br>Seattle, Washington 98101<br>(206) 656-0177<br><br>ELIAS LAW GROUP LLP<br>By: BRANDEN D. LEWISTON<br>blewiston@elias.law<br>By: CHRISTOPHER D. DODGE<br>cdodge@elias.law<br>250 Massachesetts NW, Suite 400<br>Washington, DC 20001<br>(202) 998-8667 |
| For Amicus: | DEMOCRATIC NATIONAL COMMITTEE<br>By: DANIEL J. FREEMAN<br>freemand@dnc.org<br>430 South Capitol Street SE, #3<br>Washington, DC 20003<br>(202) 923-6429 |

(January 26, 2026; 3:02 p.m.)

P R O C E E D I N G S

THE COURT: Good afternoon. Please call the case.

THE CLERK: Now is the time set for United States -- civil case number 25-01666, United States of America versus State of Oregon, et al, for oral argument.

THE COURT: Ms. Davies, I'm unable to see everyone on my screen. Are you able to make sure that --

THE CLERK: Let me --

(Discussion held off the record.)

THE COURT: Counsel, thank you for making yourselves available on short notice.

I'd like you to please introduce yourselves. Start with plaintiff's counsel first. Who is present? Please give me your full name and honorifics such as Mr., Ms., or Mx.

For the plaintiff?

MR. TUCKER: Good afternoon, Your Honor. Mr. James Thomas Tucker for the United States.

THE COURT: Thank you, Mr. Tucker. Good to see you again.

And for the State of Oregon defendants, who's present?

MR. CASTELLI: Good afternoon, Your Honor. Mr. Thomas H. Castelli for the State of Oregon.

THE COURT: And for the intervenor defendants, Oregon

Now?

MR. LEWISTON: Good afternoon. Mr. Branden Lewiston on behalf of the intervenors, and I'm here with my colleague, Ms. Abha Khanna.

MR. WILSON: Mr. Harry Wilson also here for intervenors.

THE COURT: All right. And I know we have our court reporter also on the line.

All right. Thank you.

Counsel, in my order setting this supplemental argument time, I believe I adequately advised you as to the reason -- actually, let me say there's somebody else here, Daniel Freeman. Is that correct?

MR. FREEMAN: Yes, Your Honor.

THE COURT: And are you with a party?

MR. FREEMAN: I'm with amicus curiae, the Democratic National Committee.

THE COURT: All right. Okay. Very good then.

So you all received my notice for the supplemental argument outlining the reason for this additional argument, and I don't know if there are -- any additional explanation needs to be provided.

But, first, I want to confirm that -- well, let me ask this in the negative. Is anyone not aware of a January 24th letter from the United States Attorney General Pamela Bondi to

the governor of Minnesota, Tim Walz? If you're not aware of it, let me know. I want to just make sure we're clear on what we're talking about here.

All right. Nobody is advising me they are unaware of this letter.

Is anyone questioning the authenticity of the letter?

Okay. All right. Contrary to my intentions and efforts at the time of our first oral argument to refrain from entering into that realm of motive, which is really a function, I think, of Title III of the Civil Rights Act of 1960, and considerations for basis and purpose, and I believe the defendant, Mr. Lewiston -- through Mr. Lewiston, in their briefs, argued as much, and then Mr. Tucker took up the issue on his own initiative to address some of those very matters, we're back today with a very timely letter of January 24th addressing some of those very concerns, and I want to give everybody an opportunity to respond to those concerns previously articulated in the written briefs and at oral argument the last time and to help me understand what, if any, impact or implication the communications in this January 24th, 2026, letter from the US Attorney General to the governor of Minnesota has in helping me appreciate, if at all, the implications of the -- of the lawsuit the government has filed against the State of Oregon for a complete and unredacted voter registration file.

Why don't we start -- well, why don't we start with

Mr. Castelli, attorney for the -- for the State of Oregon.

MR. CASTELLI: Well, Your Honor, I read the letter.

I think as far as the Court's determination of whether in this case the notice and purpose aspect of the Civil Rights Act has been met by the plaintiff, you know, as far as just as the law reads, as the law should be interpreted, I don't know that it should have an impact.

As far as it goes to some of the things that we got into regarding motive, I do think that it is undermining of the federal government's position that the request of Oregon's un-redacted voter rolls, along with every other state's, has something to do with voter list maintenance since this is entirely -- seems to be in the context of immigration enforcement.

So I mean, from what I can tell, from the quick reading this morning and ruminating on it throughout today, that's -- I think that the Court can dismiss this case without considering this letter and its implications at all because the United States has not met the standard for the CRA.

But, certainly, I think it would raise the questions that I think the intervenors may be better suited to address because they raised them in their brief, but raise some of these questions that have -- you know, that we discussed a couple weeks ago about what the true motives may be underlying these requests of the states.

THE COURT: Mr. Lewiston?

MR. LEWISTON: I agree, Your Honor. I think this case can be dismissed as a matter of law. DOJ's failed to state a under the NVRA, they failed to state a claim under HAVA, and for the reasons we discussed in our prior hearing and in our briefing, we think they failed to state a claim -- failed to state a basis and purpose under the Civil Rights Act.

I agree with Mr. Castelli that this letter really confirms, you know, some of the suspicions that we already had regarding whether DOJ's stated purpose is their true purpose, and if we were to get the discovery in this case, that's something we would want to explore.

But our position is that this case should never get to discovery in the first place because we don't think that DOJ has complied with the statutory requirements in their pleading, on the face of the pleading. So the case should be dismissed under the familiar Rule 12(b)(6) standards.

THE COURT: Mr. Tucker?

MR. TUCKER: Thank you, Your Honor.

The United States does agree with the State of Oregon that it doesn't really have any bearing on the basis and purpose in this case.

Obviously, the United States disagrees with both the state and the intervenors, and under the circumstances and the reasons that we articulated both in our briefing and during the

extended oral arguments last week, the United States has met its requirements of providing a written statement of its basis and purpose.

And again, just to reiterate two-fold, one is, again, the basis, it's just simply the statute under which the request is being made, the demand is being made, and that's the Civil Rights Act.

But even if Your Honor believes there needs to be a factual basis, as the United States articulated last week and in its briefing, in the alternative, the complaint clearly sets out a factual basis to believe that the State of Oregon is having deficiencies in its list maintenance procedures.

And then the second point is, again, the purpose of the request was for purposes of assessing compliance with the list maintenance requirements under HAVA and the NVRA, and for that reason, the United States believes that it has adequately demonstrated, certainly at a motion to dismiss where Your Honor has to take all the well-pled factual allegation as true, the United States has met its requirement and has shown that it has adequately stated a claim for relief to compel records under the Civil Rights Act of 1960.

Thank you, Your Honor.

THE COURT: All right. Thank you.

Counsel, it pleases me to know that perhaps definitely going through six, seven, or eight hours of oral argument a

week or so ago no one else is interested in arguing anything more about this case. And so I think my work is accomplished here. We have fully vetted all the relevant legal issues that need consideration in this -- in this case, and no more perhaps needs to be said.

It is difficult at times to -- to reconcile that which is evident in communications by the US government as a party that continue to be entered into the stream of all of our awareness through the media as well as simply the words and language that the government provides. They do clearly focus and relate to motives that would very well, if evidence was considered, undermine the basis and purpose provisions of the Civil Rights Act of 1960.

And I agree with you the evidentiary issues may not need to be addressed -- need not be addressed today. As I indicated at the time of oral argument a week or so ago, I had found that the case will be dismissed as it related to the NVRA and the HAVA claims that the US government made in its complaint and that I provided additional explanation and consideration of how I would need to treat the Civil Rights Act of 1960 Title III and the request for records therein.

And when considering those sections of Title III, one of which is to consider the confidentiality of records obtained under that statute, I have great concerns given what I have seen now both in this letter from the US Attorney General and those

motives and purposes.

I'll return to the very basic assessment and analysis that I engaged in with all of you a week ago, that on the face of the statute that requires a statement of basis and purpose, the letter of August 2025 that the government provided to the State of Oregon does not satisfy in any sufficient minimal way a statement of basis and purpose.

I think purpose and the meaning of purpose has been well developed in our jurisprudence, particularly as it relates to government action. The basis and purpose requirement laid out in Title III requires a higher demand of reasoning and explanation so that adequate judicial review can be conducted. There is none of that in the August letter to the State of Oregon.

Moreover, after considering the context of Title III which commands regard for the Civil Rights Act of 1957 and investigations of elections in the context of involving discrimination, there is no statement of basis and purpose in any of the letters that were provided to the State of Oregon from the United States that relate to such purposes.

The congressional record is clear. I read it into the record. We discussed it at length. That record is unequivocal on the point of the release of records associated with investigations involving discrimination in elections.

For those reasons, those two reasons alone, I have and

can and will provide in great detail in a written opinion in the coming days the reasoning for why the motion to dismiss is also granted as it relates to the claims under Title III of the Civil Rights Act of 1960.

I'll enter a minute order today making clear that the motion to dismiss is granted with the written opinion following in the next few days as I complete the final draft.

Any questions? Any clarifications? Anything else I need to address before we conclude today?

I'll start with the moving parties on the motion to dismiss.

Mr. Lewiston?

MR. LEWISTON: No questions, Your Honor.

Thank you.

THE COURT: Mr. Castelli?

MR. CASTELLI: No questions, Your Honor.

Thanks.

THE COURT: Mr. Tucker?

MR. TUCKER: No questions, Your Honor.

Thank you.

THE COURT: All right. Thank you all very much.

Have a good evening. We're adjourned.

(The proceedings concluded at 3:17 p.m.)

C E R T I F I C A T E

I certify, by signing below, that the foregoing is a true and correct transcript, to the best of my ability, of the videoconference/telephonic hearing taken by stenographic means. Due to the videoconference/telephonic connection, parties appearing via videoconference, speakerphone or cell phone, speakers overlapping when speaking, speakers not identifying themselves before they speak, fast speakers, the speaker's failure to enunciate, and/or other technical difficulties that occur during videoconference/telephonic proceedings, this certification is limited by the above-mentioned reasons and any technological difficulties of such proceedings occurring over the videoconference/speakerphone at the United States District Court of Oregon in the above-entitled cause. A transcript without an original signature, conformed signature, or digitally signed signature is not certified.

DATED this 27th day of February, 2026.

// Ryan White
RYAN WHITE
Registered Merit Reporter
Certified Realtime Reporter
Expires 9/30/2028

## 1

**12(b)(6** [1] - 7:17
**1957** [1] - 10:16
**1960** [5] - 5:10, 8:21, 9:13, 9:20, 11:4

## 2

**2025** [1] - 10:5
**2026** [1] - 5:20
**24th** [3] - 4:24, 5:15, 5:20

## 3

**3:17** [1] - 11:23

## A

**Abha** [1] - 4:4
**accomplished** [1] - 9:2
**Act** [9] - 5:10, 6:5, 7:7, 8:7, 8:21, 9:13, 9:20, 10:16, 11:4
**action** [1] - 10:10
**additional** [3] - 4:20, 4:21, 9:19
**address** [3] - 5:14, 6:21, 11:9
**addressed** [2] - 9:15
**addressing** [1] - 5:15
**adequate** [1] - 10:12
**adequately** [3] - 4:11, 8:16, 8:20
**adjourned** [1] - 11:22
**advised** [1] - 4:11
**advising** [1] - 5:4
**afternoon** [1] - 4:2
**ago** [4] - 6:24, 9:1, 9:16, 10:3
**agree** [4] - 7:2, 7:8, 7:20, 9:14
**allegation** [1] - 8:18
**alone** [1] - 10:25
**alternative** [1] - 8:10
**amicus** [1] - 4:16
**analysis** [1] - 10:2
**appreciate** [1] - 5:22
**argued** [1] - 5:13
**arguing** [1] - 9:1
**argument** [7] - 4:11, 4:20, 5:8, 5:18, 8:25, 9:16
**arguments** [1] - 8:1
**articulated** [3] - 5:17, 7:25, 8:9
**aspect** [1] - 6:4
**assessing** [1] - 8:14
**assessment** [1] - 10:2
**associated** [1] - 10:23
**attorney** [1] - 6:1
**Attorney** [3] - 4:25, 5:21, 9:25
**August** [2] - 10:5, 10:13
**authenticity** [1] - 5:6
**aware** [2] - 4:24, 5:1
**awareness** [1] - 9:9

## B

**basic** [1] - 10:2
**basis** [12] - 5:11, 7:7, 7:21, 8:2, 8:5, 8:9, 8:11, 9:12, 10:4, 10:7, 10:10, 10:18
**bearing** [1] - 7:21
**behalf** [1] - 4:3
**believes** [2] - 8:8, 8:16
**better** [1] - 6:21
**Bondi** [1] - 4:25
**Branden** [1] - 4:2
**brief** [1] - 6:22
**briefing** [3] - 7:6, 7:25, 8:10
**briefs** [2] - 5:13, 5:18

## C

**case** [10] - 6:4, 6:17, 7:2, 7:11, 7:13, 7:16, 7:22, 9:2, 9:4, 9:17
**Castelli** [3] - 6:1, 7:8, 11:15
**CASTELLI** [2] - 6:2, 11:16
**certainly** [2] - 6:20, 8:17
**circumstances** [1] - 7:24
**Civil** [9] - 5:10, 6:4, 7:7, 8:6, 8:21, 9:13, 9:20, 10:16, 11:3
**claim** [3] - 7:4, 7:6, 8:20
**claims** [2] - 9:18, 11:3
**clarifications** [1] - 11:8
**clear** [3] - 5:2, 10:21, 11:5
**clearly** [2] - 8:10, 9:10
**colleague** [1] - 4:3
**coming** [1] - 11:2
**commands** [1] - 10:16
**Committee** [1] - 4:17
**communications** [2] - 5:20, 9:7
**compel** [1] - 8:20
**complaint** [2] - 8:10, 9:18
**complete** [2] - 5:24, 11:7
**compliance** [1] - 8:14
**complied** [1] - 7:15
**concerns** [3] - 5:16, 5:17, 9:24
**conclude** [1] - 11:9
**concluded** [1] - 11:23
**conducted** [1] - 10:12
**confidentiality** [1] - 9:23
**confirm** [1] - 4:23
**confirms** [1] - 7:9
**congressional** [1] - 10:21
**consider** [1] - 9:23
**consideration** [2] - 9:4, 9:19
**considerations** [1] - 5:11
**considered** [1] - 9:12
**considering** [3] - 6:18, 9:22, 10:15
**context** [3] - 6:13, 10:15, 10:17
**continue** [1] - 9:8
**contrary** [1] - 5:7
**correct** [1] - 4:13
**counsel** [2] - 4:10, 8:24
**couple** [1] - 6:23
**COURT** [9] - 4:7, 4:15, 4:18, 7:1, 7:18, 8:23, 11:15, 11:18, 11:21
**Court** [1] - 6:17
**court** [1] - 4:7
**Court's** [1] - 6:3
**CRA** [1] - 6:19
**curiae** [1] - 4:16

## D

**Daniel** [1] - 4:13
**days** [2] - 11:2, 11:7
**defendant** [1] - 5:12
**deficiencies** [1] - 8:12
**definitely** [1] - 8:24
**demand** [2] - 8:6, 10:11
**Democratic** [1] - 4:16
**demonstrated** [1] - 8:17
**detail** [1] - 11:1
**determination** [1] - 6:3
**developed** [1] - 10:9
**difficult** [1] - 9:6
**disagrees** [1] - 7:23
**discovery** [2] - 7:11, 7:14
**discrimination** [2] - 10:18, 10:24
**discussed** [3] - 6:23, 7:5, 10:22
**dismiss** [5] - 6:17, 8:17, 11:2, 11:6, 11:11
**dismissed** [3] - 7:3, 7:16, 9:17
**DOJ** [1] - 7:14
**DOJ's** [2] - 7:3, 7:10
**draft** [1] - 11:7
**during** [1] - 7:25

## E

**efforts** [1] - 5:8
**eight** [1] - 8:25
**elections** [2] - 10:17, 10:24
**enforcement** [1] - 6:14
**engaged** [1] - 10:3
**enter** [1] - 11:5
**entered** [1] - 9:8
**entering** [1] - 5:9
**entirely** [1] - 6:13
**evening** [1] - 11:22
**evidence** [1] - 9:11
**evident** [1] - 9:7
**evidentiary** [1] - 9:14
**explanation** [3] - 4:21, 9:19, 10:12
**explore** [1] - 7:12
**extended** [1] - 8:1

## F

**face** [2] - 7:16, 10:3
**factual** [3] - 8:9, 8:11, 8:18
**failed** [4] - 7:3, 7:4, 7:6
**familiar** [1] - 7:17
**far** [3] - 6:3, 6:5, 6:8
**federal** [1] - 6:10
**few** [1] - 11:7
**file** [1] - 5:24
**filed** [1] - 5:23
**final** [1] - 11:7
**first** [3] - 4:23, 5:8, 7:14
**focus** [1] - 9:10
**fold** [1] - 8:4
**following** [1] - 11:6
**Freeman** [1] - 4:13
**FREEMAN** [2] - 4:14, 4:16
**fully** [1] - 9:3
**function** [1] - 5:9

**G**

**General** [3] - 4:25, 5:21, 9:25
**given** [1] - 9:24
**government** [6] - 5:23, 9:7, 9:10, 9:18, 10:5, 10:10
**government's** [1] - 6:10
**governor** [2] - 5:1, 5:21
**granted** [2] - 11:3, 11:6
**great** [2] - 9:24, 11:1

**H**

**harry** [1] - 4:5
**HAVA** [3] - 7:4, 8:15, 9:18
**hearing** [1] - 7:5
**help** [1] - 5:19
**helping** [1] - 5:21
**higher** [1] - 10:11
**Honor** [10] - 4:14, 6:2, 7:2, 7:19, 8:8, 8:17, 8:22, 11:13, 11:16, 11:19
**hours** [1] - 8:25

**I**

**III** [6] - 5:10, 9:20, 9:22, 10:11, 10:15, 11:3
**immigration** [1] - 6:13
**impact** [2] - 5:19, 6:7
**implication** [1] - 5:19
**implications** [2] - 5:22, 6:18
**indicated** [1] - 9:16
**initiative** [1] - 5:14
**intentions** [1] - 5:7
**interested** [1] - 9:1
**interpreted** [1] - 6:6
**intervenors** [4] - 4:3, 4:6, 6:21, 7:24
**investigations** [2] - 10:17, 10:24
**involving** [2] - 10:17, 10:24
**issue** [1] - 5:13
**issues** [2] - 9:3, 9:14

**J**

**January** [3] - 4:24, 5:15, 5:20
**judicial** [1] - 10:12
**jurisprudence** [1] - 10:9

**K**

**Khanna** [1] - 4:4

**L**

**laid** [1] - 10:10
**language** [1] - 9:10
**last** [3] - 5:18, 8:1, 8:9
**law** [3] - 6:6, 7:3
**lawsuit** [1] - 5:22
**legal** [1] - 9:3
**length** [1] - 10:22
**letter** [11] - 4:25, 5:5, 5:6, 5:15, 5:20, 6:2, 6:18, 7:8, 9:25, 10:5, 10:13
**letters** [1] - 10:19
**LEWISTON** [3] - 4:2, 7:2, 11:13
**Lewiston** [5] - 4:2, 5:12, 7:1, 11:12
**line** [1] - 4:8
**list** [3] - 6:12, 8:12, 8:15

**M**

**maintenance** [3] - 6:12, 8:12, 8:15
**matter** [1] - 7:3
**matters** [1] - 5:14
**mean** [1] - 6:15
**meaning** [1] - 10:8
**media** [1] - 9:9
**met** [4] - 6:5, 6:19, 8:1, 8:19
**minimal** [1] - 10:6
**Minnesota** [2] - 5:1, 5:21
**minute** [1] - 11:5
**moreover** [1] - 10:15
**morning** [1] - 6:16
**motion** [4] - 8:17, 11:2, 11:6, 11:10
**motive** [2] - 5:9, 6:9
**motives** [3] - 6:24, 9:11, 10:1
**moving** [1] - 11:10
**MR** [10] - 4:2, 4:5, 4:14, 4:16, 6:2, 7:2, 7:19, 11:13, 11:16, 11:19

**N**

**National** [1] - 4:17
**need** [5] - 9:4, 9:15, 9:20, 11:9
**needs** [3] - 4:21, 8:8, 9:5
**negative** [1] - 4:24
**never** [1] - 7:13
**next** [1] - 11:7
**nobody** [1] - 5:4
**none** [1] - 10:13
**notice** [2] - 4:19, 6:4
**NVRA** [3] - 7:4, 8:15, 9:17

**O**

**obtained** [1] - 9:23
**obviously** [1] - 7:23
**one** [3] - 8:4, 9:1, 9:22
**opinion** [2] - 11:1, 11:6
**opportunity** [1] - 5:17
**oral** [5] - 5:8, 5:18, 8:1, 8:25, 9:16
**order** [2] - 4:10, 11:5
**Oregon** [7] - 5:23, 6:1, 7:20, 8:11, 10:6, 10:14, 10:19
**Oregon's** [1] - 6:10
**outlining** [1] - 4:20
**own** [1] - 5:14

**P**

**p.m** [1] - 11:23
**Pamela** [1] - 4:25
**particularly** [1] - 10:9
**parties** [1] - 11:10
**party** [2] - 4:15, 9:7
**perhaps** [2] - 8:24, 9:4
**place** [1] - 7:14
**plaintiff** [1] - 6:5
**pleading** [2] - 7:15, 7:16
**pleases** [1] - 8:24
**pled** [1] - 8:18
**point** [2] - 8:13, 10:23
**position** [2] - 6:10, 7:13
**previously** [1] - 5:17
**procedures** [1] - 8:12
**proceedings** [1] - 11:23
**provide** [1] - 11:1
**provided** [4] - 4:22, 9:19, 10:5, 10:19
**provides** [1] - 9:10
**providing** [1] - 8:2
**provisions** [1] - 9:12
**purpose** [15] - 5:11, 6:4, 7:7, 7:10, 7:21, 8:3, 8:13, 9:12, 10:4, 10:7, 10:8, 10:10, 10:18
**purposes** [3] - 8:14, 10:1, 10:20

**Q**

**questioning** [1] - 5:6
**questions** [6] - 6:20, 6:23, 11:8, 11:13, 11:16, 11:19
**quick** [1] - 6:15

**R**

**raise** [2] - 6:20, 6:22
**raised** [1] - 6:22
**read** [2] - 6:2, 10:21
**reading** [1] - 6:16
**reads** [1] - 6:6
**really** [3] - 5:9, 7:8, 7:21
**realm** [1] - 5:9
**reason** [3] - 4:12, 4:20, 8:16
**reasoning** [2] - 10:11, 11:2
**reasons** [4] - 7:5, 7:25, 10:25
**received** [1] - 4:19
**reconcile** [1] - 9:6
**record** [3] - 10:21, 10:22
**records** [4] - 8:20, 9:21, 9:23, 10:23
**redacted** [1] - 6:11
**refrain** [1] - 5:8
**regard** [1] - 10:16
**regarding** [2] - 6:9, 7:10
**registration** [1] - 5:24
**reiterate** [1] - 8:4
**relate** [2] - 9:11, 10:20
**related** [1] - 9:17
**relates** [2] - 10:9, 11:3
**release** [1] - 10:23
**relevant** [1] - 9:3
**relief** [1] - 8:20
**reporter** [1] - 4:8
**request** [4] - 6:10, 8:5, 8:14, 9:21
**requests** [1] - 6:25
**requirement** [2] - 8:19, 10:10
**requirements** [3] - 7:15, 8:2, 8:15
**requires** [2] - 10:4, 10:11
**respond** [1] - 5:17
**return** [1] - 10:2
**review** [1] - 10:12
**Rights** [9] - 5:10, 6:4, 7:7, 8:7, 8:21, 9:13, 9:20, 10:16, 11:4
**rolls** [1] - 6:11
**Rule** [1] - 7:17
**ruminating** [1] - 6:16

## S

**satisfy** [1] - 10:6
**second** [1] - 8:13
**sections** [1] - 9:22
**sets** [1] - 8:10
**setting** [1] - 4:10
**seven** [1] - 8:25
**shown** [1] - 8:19
**simply** [2] - 8:5, 9:9
**six** [1] - 8:25
**standard** [1] - 6:19
**standards** [1] - 7:17
**start** [3] - 5:25, 11:10
**state** [5] - 7:3, 7:4, 7:6, 7:7, 7:24
**State** [7] - 5:23, 6:1, 7:20, 8:11, 10:6, 10:13, 10:19
**state's** [1] - 6:11
**statement** [4] - 8:2, 10:4, 10:7, 10:18
**states** [1] - 6:25
**States** [9] - 4:25, 6:19, 7:20, 7:23, 8:1, 8:9, 8:16, 8:19, 10:20
**statute** [3] - 8:5, 9:24, 10:4
**statutory** [1] - 7:15
**stream** [1] - 9:8
**sufficient** [1] - 10:6
**suited** [1] - 6:21
**supplemental** [2] - 4:10, 4:19
**suspicions** [1] - 7:9

## T

**THE** [9] - 4:7, 4:15, 4:18, 7:1, 7:18, 8:23, 11:15, 11:18, 11:21
**therein** [1] - 9:21
**throughout** [1] - 6:16
**Tim** [1] - 5:1
**timely** [1] - 5:15
**Title** [6] - 5:10, 9:20, 9:22, 10:11, 10:15, 11:3
**today** [5] - 5:15, 6:16, 9:15, 11:5, 11:9
**took** [1] - 5:13
**treat** [1] - 9:20
**true** [3] - 6:24, 7:10, 8:18
**TUCKER** [2] - 7:19, 11:19
**tucker** [3] - 5:13, 7:18, 11:18
**two** [2] - 8:4, 10:25
**two-fold** [1] - 8:4

## U

**un-redacted** [1] - 6:11
**unaware** [1] - 5:4
**under** [10] - 7:4, 7:7, 7:16, 7:24, 8:5, 8:15, 8:20, 9:24, 11:3
**underlying** [1] - 6:24
**undermine** [1] - 9:12
**undermining** [1] - 6:9
**unequivocal** [1] - 10:22
**United** [9] - 4:25, 6:19, 7:20, 7:23, 8:1, 8:9, 8:16, 8:19, 10:20
**unredacted** [1] - 5:24
**up** [1] - 5:13
**US** [4] - 5:20, 9:7, 9:18, 9:25

## V

**vetted** [1] - 9:3
**voter** [3] - 5:24, 6:11, 6:12

## W

**Walz** [1] - 5:1
**week** [5] - 8:1, 8:9, 9:1, 9:16, 10:3
**weeks** [1] - 6:24
**well-pled** [1] - 8:18
**WILSON** [1] - 4:5
**Wilson** [1] - 4:5
**words** [1] - 9:9
**written** [4] - 5:18, 8:2, 11:1, 11:6